UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MALCOLM JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17cv1931 SNLJ |
| ) | |
| SHOP 'N SAVE WAREHOUSE FOODS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties shall, by October 27, 2017, advise the Court on the reasons for retaining jurisdiction to enforce the settlement agreement after dismissal of this case.

Dated this   20th   day of October, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1