UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

---------------------------------------------------------x
MALCOLM JOHNSON,
an individual,

        Plaintiff,

vs.                                  CASE NO.: 4:17-cv-1931-SNLJ

SHOP 'N SAVE WAREHOUSE FOODS,
INC.

        Defendant.
---------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against defendant,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-2 (8th Cir. 1994).

ST. LOUIS, MISSOURI, this 27th day of October, 2017.

_____
JUDGE